UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILEY SMITH MERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:12-CV-341-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 10, 2012, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed on frivolity review pursuant to 28 U.S.C. § 1915(e) for failing to establish subject matter jurisdiction. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 13, 2012, and Copies To:**
Wiley Smith Merry (via U.S. Mail) 700 Brooks Avenue, Raleigh, NC 27607

August 13, 2012                         JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk